IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:18-cv-00280-M

| | |
|---|---|
| ECONOMY PREFERRED INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GEICO INDEMNITY COMPANY and )<br>DAVID JOSEPH DENICOLAIS, )<br>)<br>Defendants. ) | **ORDER** |

This matter comes before the court on Plaintiff Economy Preferred Insurance Company's notice that the parties have reached settlement in this matter, filed September 8, 2020. [DE-62] Because the parties have settled their dispute, this action is DISMISSED without prejudice to either party to move to reopen should settlement not be consummated on or before October 5, 2020. Counsel are DIRECTED to file the joint stipulation of dismissal with prejudice contemplated within Plaintiff's notice on or before October 5, 2020.

SO ORDERED this the 10th day of September, 2020.

RICHARD E. MYERS II
UNITED STATES DISTRICT JUDGE

1